IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| RODNEY CAMPBELL, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:08-CV-914-B |
| ) | ECF |
| DALLAS JAIL MEDICAL STAFF, ET AL., ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this  26th  day of   March  , 2009.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE